01

02

03                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
04                              AT SEATTLE

05  JOHN ROBERT DEMOS, JR.,              )
                                          )   CASE NO. C11-279-MJP
06          Plaintiff,                    )
                                          )
07          v.                            )   ORDER OF DISMISSAL
                                          )
08  MICHAEL K. WAYMAN, *et al.*,          )
                                          )
09          Defendants.                   )
    _____)

10

11          The Court, having reviewed plaintiff's proposed complaint, the Report and

12  Recommendation of United States Magistrate Judge Mary Alice Theiler, Plaintiff's objections

13  (Dkt. No. 3), and the remaining record, does hereby ORDER:

14          (1)      The Report and Recommendation is ADOPTED.   Plaintiff filed objections but

15  still fails to demonstrate imminent danger of serious physical injury as required by 28 U.S.C. §

16  1915(g).

17          (2)      This matter is DISMISSED;

18          (3)      Plaintiff's application to proceed *in forma pauperis* is DENIED; and

19  \\

20  \\

21  \\

22  \\

ORDER OF DISMISSAL
PAGE -1

01          (4)      The Clerk shall close this case and send a copy of this Order to plaintiff and to

02   Judge Theiler.

03          DATED this 28th day of March, 2011.

04

05

06                                                     _____
                                                       Marsha J. Pechman
07                                                     United States District Judge

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER OF DISMISSAL
PAGE -2